# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                                       )
                                             ) Bankruptcy Case
D'HEDOUVILLE, JOSEPH S.                      ) No. 10-11266-SSM
                                             ) Chapter 7
    Debtor.                )

## STATEMENT

TO THE CLERK OF THE COURT:

The trustee hereby withdraws the Trustee's Report of No Distribution filed on March 31, 2010.

                Respectfully Submitted,

                H. JASON GOLD, TRUSTEE

WILEY REIN LLP
7925 Jones Branch Drive Suite 6200
McLean, Virginia 22102
(703) 905-2800


By:   /s/ H. Jason Gold
      H. Jason Gold, VA Bar No. 19117