March 31, 2010

United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

Joseph S d'Hedouville
1315 Mistyvale St
Herndon VA 20170

FILED
2010 APR -5 A 10: 52
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

RE: Case No. 10-11266-SSM
Chapter 7

**Respectfully request a continuance from April 7th 2010**

Please see attached:

We believe that this case should not be heard at this time because the proper documentation was not provided and questionable issues have not been resolved.

In fact,

1. BGW mailed us notification of someone else's case - no knowledge of this activity for April.

2. BGW did not respond to the inquiry to correct -> via recorded voicemail - no direct contact.

3. We do not recognize Wells Fargo Bank as the servicer / agent based on loan documentation.

4. We believe the information to be in error - current litigation with the Circuit Court of Fairfax.

5. April 7th date was provided to us via a phone conversation today with the Bankruptcy Court.

In Fairfax County Circuit Court, after Case No. CL2007-003352 on the same, the case was non-suited on the property in question, a follow-on suit to the property CL2009=5411 in question has been on-going with some serious issues between OOM/AMHI and Piedmont Settlement Services.

Joseph d'Hedouville is currently out of the county on a work assignment (Stuggart & Frankfurt Germany with travel Orders) returning May 8th and respectfully requests a continuance to a date after May 8th - to which he will also retain counsel.

Respectfully,

*Deborah d'Hedouville*

Deborah d'Hedouville for Joseph d'Hedouville

Deborah d'Hedouville (wife)
571 242-6165

May 5, 2010

I certify that a true copy of the foregoing was mailed, postage prepaid to all creditors of record, and by ECF to the chapter 7 trustee and the office of the US trustee on this Day May 5th day of May, 2010

_Deborah d'Hedouville_   May 5, 2010